IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

GREGORY GILLILAN, :
:
    Plaintiff :
:
:
VS. : 1 : 06-CV-178 (WLS)
:
NURSE FREDRICK, :
:
:
    Defendant. :

**RECOMMENDATION**

Presently pending in this § 1983 action is the Motion to Dismiss filed on behalf of the defendant herein. In this motion, the defendant argues that the plaintiff had accumulated three (3) strikes under the PLRA at the time this action was filed. The undersigned notified the plaintiff of the filing of the motion to dismiss on January 30, 2007. As of June 25, 2007, the plaintiff has failed to respond to the defendant's motion and/or the court's directives. The court notes that the plaintiff's service copy of the January 30, 2007, was returned as undeliverable with the notation "inmate refused to sign".

In the court's January 30, 2007, notice of the defendant's motion, the court specifically notes that "if plaintiff fails to oppose said motion, his complaint may be dismissed as to those defendants. . . . FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF THE MOTION." (emphasis in original). Inasmuch as the plaintiff has failed to respond to the court's directives and has otherwise failed to respond to the merits of the defendant's Motion to Dismiss, it is the recommendation of the undersigned that the defendant's Motion to Dismiss be **GRANTED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 25th day of June, 2007.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb