**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

GREGORY GILLILAN, :
:
    Plaintiff, :
:
v. : 1:06-CV-178 (WLS)
:
NURSE FREDRICK , :
:
    Defendants. :
:

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed on June 25, 2007. (Doc. 9). It is recommended that Defendant's Motion to Dismiss (Doc. 6) be granted. No objection has been filed.[1]

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 9) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Defendant's Motion to Dismiss (Doc. 6) is **GRANTED**.

**SO ORDERED**, this  6th  day of September, 2007.

                                        /s/ W. Louis Sands
                                        **THE HONORABLE W. LOUIS SANDS,
                                        UNITED STATES DISTRICT COURT**

---

[1] In the January 30, 2007 Order for Response to Motion (Doc. 7), Magistrate Judge Hodge notified the Plaintiff of the pending Motion to Dismiss (Doc. 6). Additionally, Plaintiff was notified that "**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF THE MOTION**." *Id.* (capitalization and boldface type in original).

As of the time of the aforementioned order (Doc. 7), the Plaintiff had not filed a response to the Defendant's motion.

1